Filed 11/15/21  P. v. Gutierrez CA2/5

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, | B309927 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. KA119421) |
| v. | |
| JOHN GILBERT GUTIERREZ, | |
| Defendant and Appellant. | |

APPEAL from a judgment for the Superior Court of Los Angeles County, Rubiya Nur, Judge.  Affirmed.

Bess Stiffelman, under appointment of Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

The jury found defendant and appellant John Gutierrez guilty of assault with a deadly weapon (Pen. Code, § 245, subd. (a)(1) [count 1])[1] and dissuading a witness (§ 136.1, subd. (b)(1) [count 2]).  With respect to count 1, the jury found true the allegation that Gutierrez personally inflicted great bodily injury.

Gutierrez was sentenced to the upper term of four years for assault, plus three years for the great bodily injury enhancement, plus a consecutive eight months for dissuading a witness.

Gutierrez filed a notice of appeal following jury trial.  We appointed counsel on appeal.  On August 2, 2021, counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436, raising no issues but asking this court to independently review the record for error.

We advised Gutierrez on August 3, 2021, of his right to file a brief or letter containing any issues he wishes this court to consider.  No response has been received to date.

We have examined the entire record and find no arguable issues on appeal.  (*Smith v. Robbins* (2000) 528 U.S. 259, 278–284; *People v. Wende*, *supra*, 25 Cal.3d at p. 441.)

_____

[1] All further statutory references are to the Penal Code unless otherwise indicated.

2

## DISPOSITION

The judgment is affirmed.

MOOR, J.

We concur:

RUBIN, P.J.

KIM, J.